COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Ali Tabrizi and Dona Tabrizi, | § | No. 08-16-00209-CV |
| Appellants, | § | |
| v. | § | Appeal from the |
| City Of Austin; Greg Guernsey, in his Official Capacity as Director of Planning and Zoning Department, et al., | § | 53rd District Court |
| | § | of Travis County, Texas |
| Appellees. | § | (TC# D-1-GN-15-002968) |

# O R D E R

Pending before the Court is Appellants' unopposed motion to extend the deadline for filing a motion to reinstate the appeal. The motion is GRANTED. Appellants are directed to file a motion to reinstate the appeal on or before January 24, 2017.

IT IS SO ORDERED this 21st day of November, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.